AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Esau De Jesus Soto-Cordova

United States District Court
Southern District Of Texas
FILED
MAR 21 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-663-M

IAE   YOB: 1982
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 19, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Esau De Jesus Soto-Cordova was encountered by Border Patrol Agents near Penitas, Texas on March 19, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 19, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 27, 2019 through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 6, 2016, the defendant was convicted of Child Cruelty Injury/Death and sentenced to ninety (90) days confinement and four (4) years probation.

approved by AUSA Frances E. Blak on 3/21/2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Signature of Complainant
Ernie Bergollo   Senior Patrol Agent

Sworn to before me and subscribed in my presence,
March 21, 2019

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer